**William J. DOONER and Maureen Dooner, h/w, Petitioners**

v.

**Ralph DIDONATO and Philadelphia Stock Exchange, Respondents.**

Supreme Court of Pennsylvania.

April 3, 2008.

### ORDER

PER CURIAM.

AND NOW, this 3rd day of April, 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

> Does the Securities Exchange Act of 1934 preempt Pennsylvania state-law claims arising from personal injuries sustained on a stock exchange floor by a securities industry employee?